**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOHN H.,

               Plaintiff,

v.                                         CIVIL ACTION NO.   3:25-0607

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

               Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Claimant's request for judgment on the pleadings (ECF No. 6); grant the Commissioner's request to affirm the decision (ECF No. 7); affirm the final decision of the Commissioner; dismiss this action; and remove this matter from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **DENIES** Claimant's request for judgment on the pleadings (ECF No. 6); **GRANTS** the Commissioner's request to affirm the decision (ECF No. 7); **AFFIRMS** the final decision of the Commissioner; **DISMISSES** this action; and **REMOVES** this matter from the docket of the Court.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:    June 29, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE